**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

December 18, 2014

Hon. Luis A. Gonzalez
Hidalgo County Courthouse
Assistant District Attorney
100 N. Closner
Edinburg, TX 78539
* DELIVERED VIA E-MAIL *

Hon. Oscar Rene Flores
Attorney at Law
1308 South 10th Ave.
Edinburg, TX 78539
* DELIVERED VIA E-MAIL *

Hon. Rene A. Guerra
Criminal District Attorney
Hidalgo County Courthouse
100 N. Closner, Room 303
Edinburg, TX 78539
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-12-00783-CR
Tr.Ct.No.  CR-733-12-D
Style:    CARLOS DELGADO REYES v. THE STATE OF TEXAS


Enclosed please find the opinion and judgment issued by the Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:   206th District Court (DELIVERED VIA E-MAIL)
      Hon. Laura Hinojosa, Hidalgo County District Clerk (DELIVERED VIA E-MAIL)
      State Prosecuting Attorney (DELIVERED VIA E-MAIL)
      Hon. J. Rolando Olvera Jr., Presiding Judge, Fifth Administrative Judicial Region
      (DELIVERED VIA E-MAIL)